# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KYLE PARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CV-1453 RLW |
| MATTHEW BLACK, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This action was dismissed without prejudice on June 21, 2017, after plaintiff failed to comply with a Court order directing him to file an amended complaint on a court-provided form. Plaintiff has now submitted a two-paragraph motion for reconsideration of the dismissal, almost six months after the action was dismissed, seeking to have the action reopened. Plaintiff states he believes the case was dismissed due to MDOC's failure to remove the initial partial filing fee from his account, but the dismissal order plainly stated this action was dismissed due to his failure to amend his complaint in a timely manner on a court-form.

The Court having found no reason to reconsider its dismissal of this action, plaintiff's motion for reconsideration will be denied. Further, the Clerk will be instructed not to accept any additional motions from plaintiff in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of this matter [Doc. #15] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional motions in this closed action.

Dated this 5th day of February, 2018.

/s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE