UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KYLE MAURICE PARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CV-1453 RLW |
| ) | |
| MATTHEW BLACK, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's notice of appeal. Plaintiff, a prisoner, has neither paid the appellate filing fee nor filed a motion for leave to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this Memorandum and Order, either pay the $505 appellate filing fee **or** file a motion to proceed in forma pauperis on appeal with a certified copy of his prisoner account statement.

**IT IS FURTHER ORDERED** that the Clerk shall send plaintiff a copy of the prisoner in forma pauperis form.

Dated this 23 day of February, 2018.

Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE