**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KYLE MAURICE PARKS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:17-CV-1453 RLW<br>) |
| MATTHEW BLACK, et al., | )<br>) |
| Defendants. | )<br>) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion "to review evidence" and for appointment of counsel on appeal. In his motion to "review evidence," plaintiff asks that the Court authenticate "evidence material to the complaint." This matter is closed and currently pending on appeal, thus, plaintiff's motion will be denied. Plaintiff's motion for appointment of counsel on appeal will also be denied, without prejudice, to plaintiff filing for counsel in the Eighth Circuit Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for this Court to "review evidence" in support of his complaint [Doc. #25] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel on appeal [Doc. #24] is **DENIED** without prejudice. Plaintiff may refile his motion in the Eighth Circuit Court of Appeals.

Dated this 16th day of April, 2018.

　　　　　　　　　　　　　　　　　/s/ Ronnie L. White
　　　　　　　　　　　　　　　　　RONNIE L. WHITE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE