# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KYLE MAURICE PARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CV-1453 RLW |
| ) | |
| MATTHEW BLACK, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's post-appellate motion to amend his complaint. This action was dismissed on June 21, 2017, after plaintiff failed to comply with a Court order directing him to file an amended complaint. Plaintiff filed several post-dismissal motions in this matter, and all were denied. Plaintiff then filed an appeal of this action, and the matter was affirmed by the Eighth Circuit Court of Appeals on May 17, 2018. Plaintiff now moves for leave to file an amended complaint, post-appeal. His motion will be denied and the Clerk will be instructed not to accept any additional filings from plaintiff in this closed action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-appellate motion to file an amended complaint [Doc. #31] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall not accept any additional filings from plaintiff in this closed action. Any filings from plaintiff shall be immediately returned to him.

Dated this 22nd day of August, 2018.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE